IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NADINE THOMAS,

    Plaintiff,

vs.                                    CASE NO.: 4:08-CV-97 SPM

PRISON HEALTH SERVICES, INC.,

    Defendant.

_____

## ORDER OF DISMISSAL

Upon notification by Plaintiff's counsel that this case has settled, and pursuant to Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1. This case is dismissed with prejudice.

2. The Court retains jurisdiction for a period of sixty (60) days, during which time any party may move to reopen for good cause shown.

3. The Clerk of Court is instructed to close this file.

DONE AND ORDERED this sixth day of February, 2009.

                                                *s/ Stephan P. Mickle*
                                                Stephan P. Mickle
                                                United States District Judge